Case No. cr 5:06-00098-02
cv 5:12-0952

RECEIVED DEC _ 1 2012 BY: _____

12-5-2012

Amendment To 2255 Motion Filed April 3, 2012

I Dorothy Oiler would like to add this Official Transcript of G.E.D Test Result To Judge; Thomas E. Johnston. That I have passed my G.E.D. I would like the status of the case that was filed in the court roundabout eight months ago Pretaining to the Case Number above. ~~too~~ Vacate / Correct Illegal sentence.

FILED DEC 20 2012 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

Respectfully submitted

Dorothy Oiler
Pro Se
Reg # 07941-088-A-4
Federal Prison Camp
Box A.
Alderson, WV. 24910

# GED® Official Transcript of GED Tests Results

Issued by
**OFFICIAL GED TESTING CENTERS**
of the
General Educational Development Testing Service of the American Council on Education

*(For additional transcripts, contact the center below.)*

Examiner's Signature _____ Date 11/20/2012
Center Name: Alderson FPC
Center Identification No.: 9000510341
Phone Number:
Center Address: PO BOX A
Alderson, WV 24910

### Candidate's Name
Last: OILER First: DOROTHY Middle Initial: A
Address: FCP ALDERSON BOX A
ALDERSON, WV 24910
Phone Number:
Date of Birth: 2/25/1951 Social Security Number (if required): 236841500
Issue Date: 11/20/2012 Reported to: West Virginia
Test Format: EP

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE 200 — 800 |
|---|---|---|---|---|---|
| Language Arts, Reading | 3/22/2012 | ID | 470 | 38 | |
| Language Arts, Writing | 10/17/2011 | IC | 460 | 34 | |
| Mathematics | 11/7/2012 | IG | 460 | 34 | |
| Science | 11/5/2012 | IG | 430 | 24 | Below |
| Social Studies | 11/5/2012 | IG | 430 | 24 | Below |
| Standard Score Total | | | 2250 | *PASS *NON-PASS | |
| Battery Average | | | 450 | X | |

410 PASSING SCORE
BATTERY PASSING SCORE 450
Above 800

*Pass or Non-Pass as determined by jurisdictional policy.

** Standard Score. The scores on this report are the *highest* scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

### TOTAL BATTERY
You have demonstrated the 21st century skills of:
- Communication
- Information processing
- Problem solving
- Higher order thinking skills

in the five tests areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education.

### Language Arts, Reading
Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

### Language Arts, Writing
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

### Mathematics
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

### Science
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

### Social Studies
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

GEDTS Form 30-0908

Dorothy Orler
07941-088-A4
Box A
Federal Prison Camp
Alderson WV

T. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

DEC 10 2012

◇07941-088◇
US DIST CT CLERK
Robert C BYRD
110 N Heber ST RM 119
Beckley, WV 25801
United States

Judge: Thomas E Johnston



