RECEIVED MAY 22 2013 BY:

FILED MAY 29 2013 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia

United States District Court
For The Southern District
of West Virginia
Beckley WV

Dorothy Ann Oiler
   Defendant (Pro se)

vs

United States

Case No: 5:06 CR 00098-02

Title
18 U.S.C. 3582(c) 2 (and)
Motion To Correct Error
of Sentencing Calculation

Now Comes the Defendant, Dorothy Ann Oiler (Pro se), respectfully moves this Honorable Court, to make the following correction on her sentence according to the retroactive amendment to U.S.S.G § 2D1.1 of the Sentencing Guidlines to address disparity between crack and power cocaine offenders.

The current calculated offense levels is currently set at 31. With the change of the crack law ratio calculation of 18:1 the corrected guideline Range should have been 24 with a criminal History Category I. This rightfully sets this defendant at 51-63 months prison term.

1. The defendant requests that the court make the needed calculation error corrections.

(2) The court recognize the correction and order an immediate release for this prisoner as she has currently spent 74 months incarcerated which is 11 months beyond the required term for this crime, U.S. v Blewett, No 12-5226

Defendant further requests that this court takes Judicial Notice of the following:
Kimbrough S.Ct, Wade v Chavez 6th Cir Current Court Rulings and Order for the 18:1 Ration Crack/Power disparithy

For a prompt response and all you have done, this defendant sincerely Thank you

Dorothy Odor 07941-088
Box A
Federal Prison Camp
Alderson W.V.
Dorothy Odor 5/19/2013

Dorothy O. Ler-07941-088
Box A  A-4
Federal Prison Camp
Alderson WV
24910

CHARLESTON WV 253
20 MAY 2013 PM 4 L

⇔07941-088⇔ Judge Thomas Johnston
US DIST CT CLERK
Robert C BYRD
110 N Heber ST RM 119
Beckley, WV 25801
United States

MAY 21 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia



