# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 5:06-cr-00098-02

DOROTHY ANN OILER,

        Defendant.

### ORDER OF REFERENCE

On May 29, 2013, the Defendant filed a motion for retroactive application of sentencing guidelines [ECF 340] and on July 16, 2013, the Defendant filed a letter-form motion to expedite [ECF 341]. Accordingly, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B), it is **ORDERED** that these motions be, and hereby are, referred to United States Magistrate Judge R. Clarke VanDervort for the purpose of doing all things proper to hear and determine or make recommendations for disposition of these motions including, without limitation, conducting hearings on the motions, if necessary, and entering into the record a written order setting forth the disposition of the motions or recommendations for disposition, as the case may be.

      **IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: July 17, 2013

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE